IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
     Plaintiff,

vs.                                  Case No. 3:07cv539/LAC/EMT

FLORIDA DEPARTMENT OF CORRECTIONS,
     Defendant.
_____/

# O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 31, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has considered defendant's Motion for Review (doc 4), Motion for Reargument or Reconsideration (doc 5), Motion for Relief (doc 7), and Motion for Re-argument (doc 9) as objections to the Magistrate's Report and Recommendation (doc 3). I have made a de novo determination of the objections filed.

     Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2. Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE**

to Plaintiff initiating a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

**DONE AND ORDERED** this 30th  day of January,  2008.


s/*L. A. Collier*                                        
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**